No. 80–6742. DRAGON v. TROMBLEY, SHERIFF. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 80–6746. BLACK v. WOODS, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–6747. HOHENSEE ET AL. v. SHAPP ET AL. Sup. Ct. Pa. Certiorari denied.

No. 80–6750. PARKER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 80–6751. THANH v. CITY OF LACEY, WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 80–6753. MESA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6754. ROSS v. MILONAS, JUDGE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–6756. HICKMAN v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–6760. BURRESON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6761. WOOD v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 80–6763. CALLAHAN v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–6765. BLANKS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.